FILED

OCT 0 2 2008

U.S. DISTRICT COURT
MARTINSBURG, WV 25401

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**LARONE DEVICE BURTON,**

        Plaintiff,

v.

                           **CIVIL ACTION NO. 3:08-CV-46
                           (BAILEY)**

**CMS MEDICAL SERVICE,
JAEL FULTON, C/O ROBERTS
AND C/O SOLE,**

        Defendants.

## ORDER ADOPTING OPINION/REPORT AND RECOMMENDATION

On this day, the above-styled matter came before the Court for consideration of the

Opinion/Report and Recommendation of United States Magistrate Judge John S. Kaull.

By Standing Order this action was referred to Magistrate Judge Kaull for submission of a

proposed report and a recommendation ("R & R"). Magistrate Judge Kaull filed his R & R

on September 10, 2008 [Doc. 37]. In that filing, the magistrate judge recommended that

this Court grant the defendants' Motion for Summary Judgment [Doc. 30] and to deny and

dismiss with prejudice the plaintiff's Complaint [Doc. 1].

Pursuant to 28 U.S.C. § 636 (b) (1) (c), this Court is required to make a *de novo*

review of those portions of the magistrate judge's findings to which objection is made.

However, the Court is not required to review, under a *de novo* or any other standard, the

factual or legal conclusions of the magistrate judge as to those portions of the findings or

recommendation to which no objections are addressed. ***Thomas v. Arn***, 474 U.S. 140,

150 (1985). In addition, failure to file timely objections constitutes a waiver of *de novo* review and the right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); ***Snyder v. Ridenour***, 889 F.2d 1363, 1366 (4th Cir. 1989); ***United States v. Schronce***, 727 F.2d 91, 94 (4th Cir. 1984). Here, objections to Magistrate Judge Kaull's R & R were due within ten (10) days of receipt, pursuant to 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). The docket indicates that the plaintiff accepted service of the R & R on September 11, 2008. *See* Doc. 39. No objections have been filed. Accordingly, this Court will review the report and recommendation for clear error.

Upon careful review of the report and recommendation, it is the opinion of this Court that the magistrate judge's **Opinion/Report and Recommendation [Doc. 37]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated in the magistrate judge's report. As such, this Court hereby **GRANTS** the defendants' Motion for Summary Judgment **[Doc. 30]**. Accordingly, this Court hereby **DENIES** and **DISMISSES with prejudice** the plaintiff's Complaint **[Doc. 1]**. Therefore, this matter is hereby **ORDERED STRICKEN** from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* plaintiff.

**DATED:** October 2, 2008.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE